IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Rekindra S. Dowling, T. C., | ) | |
|---|---|---|
| | ) | **CONSENT ORDER ENLARGING TIME** |
| Plaintiffs, | ) | **FOR 26(f) REPORT** |
| | ) | |
| v. | ) | Civil Action No.0:10-cv-00805-MBS-PJG |
| | ) | |
| City of Denmark; Denmark Police Department; Leroy Grimes; Bernard Holman; Thomas Collins; and, Horace Brunson, | ) | |
| | ) | |
| Defendants. | ) | |

Counsel for all parties in this action have requested the court enlarge the time for submission of the Rule 26(f) report in this action, through June 4, 2010. Counsel participated in the Rule 26(f) conference in a timely fashion and agreed to submit a proposed Amended Scheduling Order, but, thereafter, defendants' counsel was briefly ill, resulting in a delay in the review and discussion of the proposed Amended Scheduling Order. Additionally, plaintiff's counsel have determined there is a need for additional factual inquiry to submit an accurate 26(f) report, and time for the plaintiff to determine the future desired course of this action. Therefore, counsel have agreed the 26(f) report should be delayed for approximately one month beyond the deadline previously set by this Court's Order. The Court finds the request is reasonable, and good cause has been shown for the enlargement. Therefore,

IT IS HEREBY ORDERED, the Rule 26(f) report in this action shall be due June 4, 2010, and all other deadlines stayed until submission of the 26(f) report and proposed Amended Scheduling Order.

AND IT IS SO ORDERED.

May 6, 2010
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

WE SO MOVE AND CONSENT:

*s/ J. Christopher Mills*              *s/Norma A. T. Jett*
J. Christopher Mills                    Norma A. T. Jett
Attorney for Plaintiff                  Attorney for Defendants