IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Rekindra S. Dowling, *individually and as guardian for T.C., a minor*, <br><br>             Plaintiff, <br><br> vs. <br><br> City of Denmark; Leroy Grimes; Bernard Holman; Thomas Collins; and Horace Brunson, <br><br>             Defendants. | C/A No. 0:10-805-MBS-PJG <br><br><br> **ORDER** |

     The defendants have removed this action in which the plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff, who is represented by counsel, alleges violations of her constitutional rights by the named defendants. The defendants filed a motion for summary judgment on January 9, 2011, pursuant to the Federal Rules of Civil Procedure. (ECF No. 36.) The plaintiff has failed to respond to the motion in accordance with Local Civil Rule 7.06 DSC. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action.

     Based on the foregoing, it is

     **ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the defendants' motion for summary judgment within fourteen (14) days from the date of this order. Plaintiff is further advised that if she fails to respond, this action may be decided on the record presented in support of the defendants' motion, <u>see</u> Local Civil Rule

PJG

7.06 DSC, or may be recommended for dismissal with prejudice for failure to prosecute. See <u>Davis v. Williams</u>, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

February 7, 2011
Columbia, South Carolina